JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LEPE, | CASE NO. SA CV10-1039-DOC(MLGx) |
| **Plaintiff(s),** | **ORDER OF DISMISSAL** |
| v. | |
| COUNTRYWIDE BANK FSB, ET AL, | |
| **Defendant(s).** | |

The Court, having issued an Order to Show Cause on October 6, 2010 as to why this action should not be dismissed for lack of prosecution, with a written response due on October 22, 2010, and no response having been filed with the Court,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: October 29, 2010

_____
DAVID O. CARTER
United States District Judge